NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2011-5074, -5077, -5078

WALLACE OENGA, GEORGENE SHUGLUK,
THE ESTATE OF LEROY OENGA, SR. THROUGH WALLACE OENGA AS
PERSONAL REPRESENTATIVE, TONY DELIA, JOSEPH DELIA, JENNIE MILLER and
TRINITY DELIA, A MINOR, THROUGH HER GUARDIAN TONY DELIA,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Cross Appellant,

and

BP EXPLORATION (ALASKA) INC., CHEVRON U.S.A. INC.,
CONOCOPHILLIPS ALASKA, INC.,
and EXXONMOBIL ALASKA PRODUCTION INC.,

Defendant Intervenors-Cross Appellants,

and

KUUKPIK CORPORATION,

Defendant.

Appeals from the United States Court of Federal Claims in case no. 06-CV-491, Judge Nancy B. Firestone.

ON MOTION

ORDER

Upon consideration of the parties' joint motion to voluntarily dismiss the appeal from Oenga v. US, no. 06-CV-491(Fed. Cl.),

m2

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

(3) All remaining motions are moot.

FOR THE COURT

AUG 03 2012
Date

Jan Horbaly
Clerk

cc: Raymond C. Givens, Esq.
James E. Torgerson, Esq.
Robert P. Stockman, Esq.

ISSUED AS A MANDATE: AUG 03 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 03 2012

JAN HORBALY
CLERK

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: L. Bogin    Date: 8/3/12