# In the United States Court of Federal Claims

No. 06-491L

(Filed: November 1, 2012)

```
* * * * * * * * * * * * * * * * *
WALLACE OENGA, GEORGENE          *
SHUGLUK, LEROY OENGA, SR.,       *
MICHAEL DELIA, TONY DELIA,       *
JOSEPH DELIA, JENNIE MILLER,     *
and TRINITY DELIA,               *
                                 *
            Plaintiffs,          *
                                 *
v.                               *
                                 *
THE UNITED STATES,               *
                                 *
            Defendant,           *
                                 *
and                              *
                                 *
BP EXPLORATION (ALASKA) INC.,    *
CONOCOPHILLIPS ALASKA, INC.,     *
EXXONMOBIL ALASKA                *
PRODUCTION INC., CHEVRON         *
U.S.A. INC., and FOREST OIL      *
CORPORATION,                     *
                                 *
            Defendant-Intervenors. *
* * * * * * * * * * * * * * * * *
```

## ORDER EXTENDING PROTECTIVE ORDERS

The parties' joint motion, filed October 31, 2012, for an extension of the protective orders is **GRANTED**.  Accordingly, this Court will extend its protection of the confidential materials permanent, until the documents are destroyed or returned, as specified in the Joint Motion.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge